450 F.2d 941
 Carlisle SAPENTER and Helen Evans Sapenter, Plaintiffs-Appellants,
v.
DREYCO, INCORPORATED, Defendant-Appellee.
 No. 71-2186 Summary Calendar.**
 United States Court of Appeals,
Fifth Circuit.
 Nov. 30, 1971.
Rehearing Denied Dec. 27, 1971.
 
 Jesse S. Guillot, New Orleans, La., for plaintiffs-appellants.
 James Flanagan, Metairie, La., for defendant-appellee.
 Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.d
 
 
 **
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966
 
 
 d
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409